



## MEMORANDUM OPINION

No. 04-11-00754-CV

Aaron **TYLER**,
Appellant

v.

Lawanda R. **TYLER**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-04383
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:  March 7, 2012

REVERSED AND REMANDED

The parties have filed a joint motion, stating that they have fully resolved and settled all issues in dispute. They request that the trial court's judgment be reversed, and that the cause be remanded for the entry of a judgment in conformity with their settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2). They also request that we accelerate issuance of the mandate. *See* TEX. R. APP. P. 18.1(c). The motion is granted. The judgment of the trial court is reversed, and the cause is remanded for the entry of a judgment in conformity with the settlement agreement. We further

order the Clerk of this Court to issue the mandate as soon as possible. Costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM